IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DAVID PEARSON, and, <br> SANDRA PEARSON, <br><br> Plaintiffs, <br><br> vs. <br><br> JOHN DOE, DG LOGISTICS, LLC, <br> and WERNER ENTERPRISES, INC., <br><br> Defendants. | : <br> : <br> : <br> : CIVIL ACTION <br> : <br> : FILE NO.: 1:19-cv-00314-WMR <br> : <br> : <br> : |

### **CONSENT ORDER**

HAVING READ AND CONSIDERED the parties Consent Motion for the dismissal without prejudice of Dollar General Corporation and the substitution and addition of DG Logistics, LLC,

IT IS HEREBY ORDERED AND ADJUDGED that said dismissal, substitution and amendment is GRANTED, and the style be changed accordingly.

SO ORDERED, this 9th day of September, 2019.

*William M. Ray II*
_____
Honorable William M. Ray, II
United States District Judge

**PREPARED BY:**

Alan J. Hamilton
Georgia Bar No. 320698
Shiver Hamilton, LLC
3490 Piedmont Road, Suite 640
Atlanta, Georgia 30305
(404) 593-0020