IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DAVID PEARSON, and,<br>SANDRA PEARSON,<br><br>    Plaintiffs,<br><br>vs.<br><br>JOHN DOE,<br>DG LOGISTICS, LLC, HOGAN<br>DEDICATED SERVICES, LLC<br>and WERNER ENTERPRISES, INC.,<br><br>    Defendants. | :<br>:<br>:<br>:<br>: CIVIL ACTION<br>:<br>: FILE NO.: 1:19-cv-00314-WMR<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## PLAINTIFFS' MOTION TO DISMISS
## DG LOGISTICS, LLC WITHOUT PREJUDICE

Pursuant to FRCP Rule 41(a)(2), Plaintiffs David and Sandra Pearson by and through their counsel of record respectfully move the Court to dismiss Defendant DG Logistics, LLC from the above-captioned case without prejudice. Defendant DG Logistics, LLC does not oppose this Motion. Plaintiffs further submit a proposed order in furtherance of Rule 41(a)(2).

This 19th day of November, 2020.


(signatures on following page)

Respectfully submitted,

**TITUS SMITH, LLC**
/s/ Brandon S. Smith
Brandon S. Smith
Georgia Bar No. 732793
Mathew K. Titus
Georgia Bar No. 479107
*Attorneys for Plaintiffs*

**TITUS SMITH, LLC**
5755 North Point Parkway Suite 69
Alpharetta, GA 30022
Telephone:  770.416.8426
Facsimile:   770.818.5545
bsmith@titus-smith.com
mktitus@titus-smith.com

**KENNETH S. NUGENT, P.C.**

/s/ William G. Hammill
William G. Hammill
Georgia Bar No. 943334
(*signed with express permission by Brandon S. Smith*)
Jan P. Cohen
Georgia Bar No. 174337
Bradford G. Valentine
Georgia Bar No. 583142
*Attorneys for Plaintiffs*

**KENNETH S. NUGENT, P.C.**
4227 Pleasant Hill Road, Bldg. 11. Ste. 300
Duluth, Georgia 30096
P: (770) 495-6603
F: (770) 495-6798
whammill@attorneykennugent.com
jcohen@attorneykennugent.com
bvalentine@attorneykennugent.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |  |
|---|---|---|
| DAVID PEARSON, and,<br>SANDRA PEARSON, | : | |
| | : | |
| | : | |
| Plaintiffs, | : | |
| | : | CIVIL ACTION |
| vs. | : | |
| | : | FILE NO.: 1:19-cv-00314-WMR |
| JOHN DOE,<br>DG LOGISTICS, LLC, HOGAN<br>DEDICATED SERVICES, LLC<br>and WERNER ENTERPRISES, INC., | : | |
| | : | |
| | : | |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER FOR MOTION TO DISMISS
## DG LOGISTICS, LLC WITHOUT PREJUDICE

Based on the stipulation of the parties, and good cause appearing therefor, the order is APPROVED. DG Logistics, LLC, including all claims stated herein, is hereby dismissed without prejudice.

SO ORDERED, this _____ day of _____, 2020.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served a true and correct copy of the foregoing pleading upon the following party or parties of record by email and properly addressed as follows:

Erica L. Morton
Jordan Matthew Mahoney
Swift, Currie, Mcghee & Hiers, LLP
The Peachtree, Suite 300
1355 Peachtree Street, N.E.
Atlanta, Georgia 30309

Sean B. Cox
Scott Moulton
Hall Booth Smith, P.C.
191 Peachtree Street, N.E. Suite 2900
Atlanta, Georgia 30303

Michael L. Miller
Marc Wisehart
Drew, Eckl & Farnham, LLP
303 Peachtree Road, Suite 3500
Atlanta, GA 30308

William G. Hammill
Bradford G. Valentine
Jan P. Cohen
Kenneth S. Nugent, P.C.
4227 Pleasant Hill Road
Building 11, Suite 300
Duluth, Georgia 30096

Lori L. McGowan
Lynn Leonard & Associates
2400 Century Parkway, Suite 200
Atlanta, Georgia 30345

This 19th day of November, 2020.

**TITUS SMITH, LLC**

/s/ Brandon S. Smith
Brandon S. Smith
Georgia Bar No. 732793
***Attorney for Plaintiffs***

**TITUS SMITH, LLC**
5755 North Point Parkway Suite 69
Alpharetta, GA 30022
Telephone:  770.416.8426
Facsimile:   770.818.5545
bsmith@titus-smith.com